UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALISON HA et al  					CIVIL ACTION

VERSUS						NO. 19-500 "H"(1)

DAVID ALEJANDRO MELO et al

### ORDER OF DISMISSAL

The Court having been advised by counsel that the plaintiffs & remaining defendants David Alejandro Melo & Growers to Home Corporation have firmly agreed upon a compromise;

**IT IS ORDERED** that all claims brought by plaintiffs against defendants **David Alejandro Melo & Growers to Home Corporation** are hereby dismissed, without costs and without prejudice to the right, upon good cause shown, within sixty days, to re-allege claims if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002). The above-captioned matter is **DISMISSED** in its entirety.

New Orleans, Louisiana, this 5th day of November, 2019.

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE